JOSE M. ESHRIQUI v. FRANCIS R. HENDERSON and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

JOHN I. HART CORPORATION v. ADAH S. WARD, Sued Herein as ALICE S. WARD.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

FRANK TRIPPODI v. EZEKIAH E. KELLER and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

ISRAEL MICHELSOHN and Another v. THE BANK OF SICILY TRUST COMPANY. — Application denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin, O'Malley and Sherman. JJ.

AMERICAN CAN COMPANY v. JEROME MENDELSON.— Application denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ,

HARRY DOWRET v. S. & P. MARBLE & TILE Co., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

MERRY MAID MANUFACTURING Co., INC., v. BERNARD WINTHROP, Impleaded with LUCY LANE FROCK, INC.— Application granted. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

JOSEPH M. WEINER v. LIBERTY BELL INSURANCE COMPANY.— Application denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

CECILE JANDORF v. HELENA L. GRELENDER ASINARI. HOWARD JANDORF v. HELENA L. GRELENDER ASINARI.— Application denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

AARON SOLOMON v. TAUNTON WEAVING COMPANY.— Application denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

ETHEL LIEBERMAN v. WEST BABYLON FARMS, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

MOJAC FINANCE Co., INC., v. WATERSIDE HOLDING CORPORATION and Another, Impleaded with the CONTINENTAL INSURANCE COMPANY.— Motion granted. Present — Finch, Merrell, McAvoy and Sherman, JJ.

SOLOMON SHUFER v. ABRAHAM GOLDIN.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

MARGHERITA CAPOZZI v. CESARE CAPOZZI.— Motion granted upon condition that the bond of $1,000 duly remain in effect and that defendant support the child meanwhile. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

YELLOW TAXI CORPORATION, NEW YORK, v. GENERAL MOTORS CORPORATION and Others.— Motion denied, with ten dollars costs, and the injunction contained in the order to show cause dated June 25, 1930, vacated. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.